UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOI D. HYATTE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 08-00908(HHK) |
| ) | |
| MICHAEL MUKASEY, ) | |
|   United States Attorney General, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Beverly M. Russell as counsel for defendant, Michael Mukasey, United States Attorney General, in the above-captioned matter.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W. - Room E-4915
Washington, D.C. 20530
Phone: (202) 307-0492
Facsimile: (202) 514-8780
E-mail: beverly.russell@usdoj.gov