UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOI D. HYATTE )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL B. MUKASEY, in his official )<br>    capacity as Attorney General of the )<br>    United States )<br>)<br>    Defendant. )<br>) | Civ. Action No. 08-00908 (HHK) |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties, through their undersigned counsel, move to stay proceedings in the above-referenced matter until September 30, 2008, including the deadline for plaintiff's response to defendant's motion for partial dismissal. The parties are attempting to resolve this matter informally and are requesting a stay to avoid expending Court and party resources unnecessarily.

/s/ *Kathryn Sabbeth*
Kathryn A. Sabbeth (D.C. Bar No. 979101)
David C. Vladeck (D.C. Bar No. 945063)
Georgetown University Law Center
Institute for Public Representation
600 New Jersey Avenue, N.W., Suite 312
Washington, D.C. 20001
(202) 662-9546
email: ks455@law.georgetown.edu

/s/ *Jeffrey A. Taylor*  (with authorization)
Jeffrey A. Taylor (D.C. Bar No. 498610)
United States Attorney

/s/ *Rudolph Contreras*
Rudolph Contreras (D.C. Bar No. 434122)
Assistant United States Attorney

Of Counsel:

/s/ *Beverly M. Russell*
Beverly M. Russell (D.C. Bar No. 454257)

|  |  |
|---|---|
| Diana L. Embrey<br>U.S. Dept. of Justice | Assistant United States Attorney<br>U.S. Attorney's Office of the District<br>of Columbia, Civil Division<br>555 4th Street, N.W., Rm. E-4915<br>Washington, D.C. 20530<br>Ph: (202) 307-0492<br>Fax: (202) 514-8780<br>E-Mail: beverly.russell@usdoj.gov |

AND IT IS SO ORDERED THIS _____ DAY OF _____ 2008

_____
HENRY H. KENNEDY
United States District Judge